1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  HECTOR TELLO-LOPEZ

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       ) | NO. 1:06-cr-0214 LJO
   |                                 ) |
12 |       *Plaintiff*,              ) | STIPULATION TO CONTINUE STATUS
   |                                 ) | CONFERENCE; [PROPOSED] ORDER
13 |       v.                        ) |
   |                                 ) |
14 | HECTOR TELLO-LOPEZ,             ) | Date:  June 8, 2007
   |                                 ) | Time:  9:00 a.m.
15 |       *Defendant*.              ) | Judge: Honorable Lawrence J. O'Neill
   |                                 ) |
16 |_____) |

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in

19 the above- entitled matter now set for May 18, 2007, **may be continued to June 8, 2007, at 9:00 a.m.**

20         This continuance is requested by counsel for defendant to complete investigation and receipt of

21 presentence investigation report.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue Status
Conference; [Proposed] Order

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F),
2  (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the
3  public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel
4  for the defendant the reasonable time necessary for effective preparation, taking into account the exercise
5  of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: May 16, 2007          By:   /s/   Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 16, 2007          By:   /s/  Marc C. Ament
                                   MARC C. AMENT
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   HECTOR TELLO-LOPEZ

## ORDER

**Pursuant to the stipulation, the presentence investigative report was not received, thus making it impossible to review the report and discuss it with the defendant.   Good cause exists for both the continuance and for the exclusion of time.**  Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F),  (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:    May 16, 2007**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status
Conference; [Proposed] Order                    2